IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Droba, Kevin N

Printed:  6/3/08

Case Number:  07 B 02513
Judge:  Wedoff, Eugene R
Filed:  2/13/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  April 17, 2008
Confirmed:  May 10, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 11,592.00 |  |
| Secured: |  | 10,966.04 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 625.96 |
| Other Funds: |  | 0.00 |
| Totals: | 11,592.00 | 11,592.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 494.20 | 0.00 |
| 2. | Ocwen Federal Bank FSB | Secured | 20,227.86 | 9,786.98 |
| 3. | American General Finance | Secured | 468.07 | 28.88 |
| 4. | Midwestern Financial Corp | Secured | 5,228.19 | 1,150.18 |
| 5. | Ocwen Federal Bank FSB | Secured | 35,863.02 | 0.00 |
| 6. | National Auto Finance Inc | Unsecured | 4,607.70 | 0.00 |
| 7. | Verizon Wireless | Unsecured | 209.94 | 0.00 |
| 8. | Capital One | Unsecured | 191.98 | 0.00 |
| 9. | Check Recovery Systems | Unsecured |  | No Claim Filed |
| 10. | CitiFinancial | Unsecured |  | No Claim Filed |
| 11. | Capital One | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 67,290.96 | $ 10,966.04 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 625.96 |
|  | _____ |
|  | $ 625.96 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Droba, Kevin N

Printed:  6/3/08

Case Number:  07 B 02513
Judge:  Wedoff, Eugene R
Filed:  2/13/07

Based on the above information, the trustee requests that the court enter an order discharging
the trustee, releasing the trustee's surety from liability for actions relating to the above
proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

